# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

First Student, Inc.,                                   Case No. 24-CV-04228 (JMB/TNL)

      Plaintiff,

v.                                                                 **ORDER OF DISMISSAL**

Teamsters Local Union 120,

      Defendant.

This matter is before the Court on Plaintiff First Student, Inc.'s and Defendant Teamsters Local Union 120's Joint Stipulation for Dismissal. (Doc. No. 10.) Plaintiff wishes to dismiss their Petition to Vacate Arbitration Award (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Petition (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 14, 2025                    /s/ *Jeffrey M. Bryan*
                                                            Judge Jeffrey M. Bryan
                                                            United States District Court